1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  PETER A. MESHOT, State Bar No. 117061
   Supervising Deputy Attorney General
3  KEVIN W. REAGER, State Bar No. 178478
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone:  (916) 324-5331
6    Fax:  (916) 322-8288
     E-mail:  Kevin.Reager@doj.ca.gov
7  *Attorneys for Defendant*
   *Department of Motor Vehicles*

8

9                    IN THE UNITED STATES DISTRICT COURT

10                   FOR THE EASTERN DISTRICT OF CALIFORNIA

11                          SACRAMENTO DIVISION

12

13  **RAMIRO REYES,**                         2:14-cv-00942-MCE-DAD

14                            Plaintiff,       **STIPULATION AND ORDER RE:**
                                               **EXTENSION OF TIME TO RESPOND**
15          v.                                 **TO COMPLAINT AND REFERRAL FOR**
                                               **EARLY ALTERNATIVE DISPUTE**
16                                             **RESOLUTION**
    **CALIFORNIA DEPARTMENT OF**
17  **MOTOR VEHICLES,**                        Judge:      The Honorable Morrison C.
                                                           England, Jr.
18                            Defendant.
                                               Action Filed:  April 17, 2014
19

20          TO THE HONORABLE COURT:

21          In the interests of judicial economy, the parties to this action hereby stipulate to an

22  extension of time for Defendant to respond to the Complaint up to and including July 31, 2014.

23  The purpose of the extension is to allow the parties to seek early settlement without incurring

24  unnecessary attorney fees and to avoid wasting valuable judicial time and resources.  The parties

25  further request that this case be referred to Ms. Sujean Park for purposes of making arrangements

26  for a settlement conference, early neutral evaluation or some other form of alternative dispute

27  resolution to take place in mid-July.

28          IT IS SO STIPULATED.

                                               1

1

2    Dated: May 12, 2014                    Respectfully submitted,

3                                           CABLE GALLAGHER

4                                           /s/ Keith D. Cable

5                                           KEITH D. CABLE
                                            *Attorney for Plaintiff Ramiro Reyes*

6

7

8    Dated: May 12, 2014                    Respectfully submitted,

9                                           KAMALA D. HARRIS
                                            Attorney General of California
10                                          PETER A. MESHOT
                                            Supervising Deputy Attorney General

11                                          /s/ Kevin W. Reager

12                                          KEVIN W. REAGER
                                            Deputy Attorney General
13                                          *Attorneys for Defendant*
                                            *Department of Motor Vehicles*

14

15                            **ORDER**

16        This matter is hereby referred to Ms. Sujean Park to assist the parties in making

17   arrangements for early alternative dispute resolution.  If the matter does not resolve, Defendant's

18   response to the Complaint shall be filed on or before July 31, 2014.

19        IT IS SO ORDERED.

20
     Dated: May 21, 2014
21

22                                          _____

23                                          MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                            UNITED STATES DISTRICT COURT
24

25

26

27

28

                                    2